CHRISTOPHER P. BURKE, ESQ.                    *ECF FILED ON 04/02/10*
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In Re: | ) | BK-S-09-14339-BAM |
| | ) | Chapter 13 |
| **ANTHONY J. SAVAGE, and** | ) | |
| **CHRISTINE COSLEY-SAVAGE,** | ) | |
| | ) | |
| Debtor, | ) | DATE:  04-13-10 |
| | ) | TIME:  1:30 P.M. |

**OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

COMES NOW, the Debtors, ANTHONY and CHRISTINE SAVAGE, (hereinafter "Debtors" or "Savage"), by and through their attorney, CHRISTOPHER P. BURKE, ESQ., and respectfully requests this Court to deny the Motion For Relief From The Automatic Stay, filed by Creditor, WELLS FARGO BANK, N.A., (hereinafter "Wells Fargo") by and through its attorney, GREGORY L. WILDE, ESQ. of WILDE & ASSOCIATES.  This Opposition is based upon the pleading and papers on file herein and the Memorandum of Points and Authorities, attached hereto and incorporated herein.

**FACTS**

On March 26, 2009, a Chapter 13 bankruptcy was filed on behalf of Savage.  Listed as a secured creditor is Wells Fargo, the lien holder on the property located at 6325 Winter Valley Cir., Las Vegas, Nevada 89130.

1

2                          **POINTS AND AUTHORITIES**

3                 11 USC Section 362 (d) (1) states that the Court

4        may terminate, modify or condition stay

5                          for  cause,  including  the  lack  of  adequate
                           protection of an interest in property of such party
6                          in interest;---

7            11  USC  Section  362  (d)  (2)  the  Court  may  terminate,

8        modify or condition a stay

9                          with respect to a stay of an act against property
                           under subsection (a) of this section, if-
10
                           (A)   the debtor does not have an equity   in such
11                               property AND
                           (B)   such property is not necessary to an effective
12                               reorganization

13
        Wells Fargo is seeking relief from stay because of Savages
14
lack of post petition payments on their mortgage.  At this time,
15
Savage owed approximately $239,812.40 on their first mortgage to
16
Wells  Fargo  Bank,  N.A.  and  approximately  $30,000.00  on  their
17
second mortgage.  Wells Fargo estimate the property has a value of
18
$140,000.00.
19
        First,  Savage  argues  even  if  there  is  no  equity  in  the
20
property,  the  property  must  also  not  be  necessary  for  a
21
reorganization for the stay to lift.  11 U.S.C. §362(d)(2).
22
        Second, Debtor request six (6) months to get current.  Once,
23
current,  the  Savages  will  then  maintain  their  regular  monthly
24
mortgage payments to Wells Fargo.
25
        THEREFORE, Savages requests that, the Motion for Relief from
26
Automatic  Stay,  be  denied,  or  in  the  alternative  stayed  for  a
27
period  of  time  to  allow  Savage  to  become  current  with  their
28

1  payments.

2        DATED, this 2nd day of April, 2010.

3

4                                    RESPECTFULLY SUBMITTED:

5

6                                    /S/CHRISTOPHER P. BURKE, ESQ.
7                                    CHRISTOPHER P. BURKE, ESQ.
                                     Attorney for Debtor
8                                    218 S. Maryland Pkwy.
                                     Las Vegas, NV  89101
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF MAILING OF OPPOSITION TO
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

I hereby certify that I am an employee of CHRISTOPHER P. BURKE, ESQ., and on the 2nd day of April, 2010, I caused to be served a true and correct copy of:

1.   Opposition to Motion for Relief from Automatic Stay. [Dkt.#35] in the following manner:

 X (ELECTRONIC SERVICE)    Under Administrative Order 02-1(Rev.8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

 X (UNITED STATES MAIL)    By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

 __ (OVERNIGHT COURIER)    By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

 __ (FACSIMILE)    That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached

1  service list, on the date above written.

2

3  Gregory L. Wilde, Esq.            Kathleen A. Leavitt, Trustee
   WILDE & ASSOCIATES               201 Las Vegas Blvd. S.
   208 S. Jones Blvd.               #200
4  Las Vegas, NV  89107             Las Vegas, NV  89101

5

6  Mark S. Bosco, Esq.              U.S. Trustee
   TIFFANY & BOSCO, P.A.            300 Las Vegas Blvd. S.,#4300
   2525 E. Camelback Rd., Suite 300  Las Vegas, NV  89101
7  Phoenix, AZ  85016

8

9  Anthony & Christine Savage
   6325 Winter Valley Ct.
   Las Vegas, NV  89130
10

11     Dated this 2nd day of April, 2010.

12

13                                 /S/KARYN HOLLINGSWORTH
                                   Employee of
14                                 Christopher P. Burke, Esq.

15

16

17

18

19

20

21

22

23

24

25

26

27

28